UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TORRANCE MEMORIAL MEDICAL CENTER et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-06603-SB-AGR<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

　　　Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m). Although Plaintiff failed to file proof of service by the 90-day deadline and failed to demonstrate good cause for an extension, the Court exercised its discretion to extend his time to serve until December 4, 2024, cautioning that he "should not expect a further extension absent a showing of good cause." Dkt. No. 11. Plaintiff still has not filed proof of service as to any defendant. He is ordered to show cause, in writing, no later than January 3, 2025, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendants were served by December 4, 2024 or a showing of good cause supporting a request to extend the service period. The filing of a proof of service shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiff's claims.

Date: December 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge